IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STELLA LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL NO. 2:07-CV-510-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

After consideration of the *Petition for Attorney's Fees* filed by the Plaintiff (Doc. #21, filed April 28, 2008), and the exhibits thereto, it is hereby

**ORDERED** that the **DEFENDANT file a response by May 12, 2008** to show any cause why the motion should not be granted in whole or in part.

Done this 28th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE